JS 44 (Rev. 11/04)                              CIVIL COVER SHEET                                    **APPENDIX H**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provic by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiat the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** DARRYL CUTLER

**DEFENDANTS** BERMAN & RABIN, P.A.

**(b)** County of Residence of First Listed Plaintiff ___MONTGOMERY___
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ___KANSAS___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Cary L. Flitter, Esq., and Theodore E. Lorenz, Esq., Flitter Lorenz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072, (610) 822-0782

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault. Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
_____
Brief description of cause: FDCPA 15 USC § 1692

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ Yes   ☐ No.

**VIII. RELATED CASE(S) IF ANY**

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 7/10/13

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT                                    APPENDIX F

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff:  915 Exeter Crescent, Villanova, PA  19085-2001

Address of Defendant:  15280 Metcalf Avenue, Overland Parks, KS  66223

Place of Accident, Incident or Transaction:    915 Exeter Crescent, Villanova, PA  19085-2001

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)          Yes ☐   No ☒

Does this case involve multidistrict litigation possibilities?                                    Yes ☐   No ☒

*RELATED CASE, IF ANY:*

Case Number:_____  Judge_____  Date Terminated:_____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
                                                                      Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated
   action in this court?                                                Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously
   terminated action in this court?                                     Yes ☐  No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases

   (Please specify) FDCPA, 15 USC § 1692

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability (Asbestos)
9. ☐ All other Diversity Cases

   (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I,_____, counsel of record do hereby certify:

   ☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

   ☐ Relief other than monetary damages is sought

DATE: _____        _____        _____
                                          Attorney-at-Law                    Attorney I.D.

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court  except
as noted above.

DATE: 7/10/13        _____        2077/5
CIV.609 (4/03)                Attorney-at-Law                    Attorney I.D.

**APPENDIX I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | | |
|---|---|---|---|
| DARRYL CUTLER | | : | CIVIL ACTION |
| | V. | : | |
| | | : | |
| BERMAN & RABIN, P.A. | | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)   Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                    (     )

(b)   Social Security – Cases requesting review of a decision of the Secretary of Health
       and Human Services denying plaintiff Social Security Benefits                              (     )

(c)   Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. (   X   )

(d)   Asbestos – Cases involving claims for personal injury or property damage from
       exposure to asbestos.                                                                  (     )

(e)   Special Management – Cases that do not fall into tracks (a) through (d) that are
       commonly referred to as complex and that need special or intense management
       by the court. (See reverse side of this form for a detailed explanation of special
       management cases)                                                                     (     )

(f)   Standard Management – Cases that do not fall into any one of the other tracks.          (     )

7/10/13
**Date**

**Attorney at Law**

Andrew M. Milz
**Attorney for Plaintiff**

(610) 822-0782          (610) 667-0552                      Amilz@consumerslaw.com
**Telephone**            **Fax Number**                     **E-Mail Address**
(Civ.660) 10/02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL CUTLER<br>915 Exeter Crescent<br>Villanova, PA  19085-2001<br><div align="center">Plaintiff</div><br>vs.<br><br>BERMAN & RABIN, P.A.<br>15280 Metcalf Avenue<br>Overland Parks, KS  66223<br><div align="center">Defendant</div> | CIVIL ACTION<br><br><br><br><br>NO. |

## COMPLAINT

### I.     INTRODUCTION

1.     This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA").

2.     The FDCPA prohibits debt collectors from engaging in deceptive and unfair practices in the collection of a consumer debt.

3.     Defendant is subject to strict liability for sending a collection letter which violates the provisions of the FDCPA.

### II.    JURISDICTION

4.     Jurisdiction arises under 15 U.S.C. § 1692k, and 28 U.S.C. § 1337.

<div align="center">1</div>

### III.   PARTIES

5.      Plaintiff Darryl Cutler ("Plaintiff") is a consumer who resides in Villanova, Pennsylvania at the address captioned.

6.      Defendant Berman & Rabin, P.A. ("Berman" or "Defendant") is a Kansas collection firm with an office for the regular transaction of business at the address captioned.

7.      Defendant regularly engages in the collection of consumer debts in the Eastern District of Pennsylvania using the mails and telephone.

8.      Defendant regularly attempts to collect consumer debts alleged to be due another.

9.      Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

### IV.   STATEMENT OF CLAIM

10.     On October 2, 2012, Berman sent Plaintiff a form collection letter in an attempt to collect an alleged credit card debt.  A copy of the October 2, 2012 letter is attached hereto as Exhibit A (redacted in part per Fed. R. Civ. 5.2).

11.     The letterhead of the October 2, 2012 letter indicates it was sent from:

<div align="center">

**BERMAN & RABIN, P.A.**
**ATTORNEYS AT LAW**

</div>

(Ex. A).

12.     The October 2, 2012 collection letter goes on to state that Berman "represents the above referenced creditor" to collect the alleged debt, but then says: "At this time no attorney with our law firm has personally reviewed the particular circumstances of your account."

13.     The October 2, 2012 collection letter represents or implies that a lawyer has reviewed the file, made appropriate inquiry, and has exercised professional judgment in the sending of the collection letter.  There was no such involvement.

14.     In reality, and unbeknownst to the consumer, Berman sends this form collection letter in its capacity as a debt collector only and not as a law firm acting like a real law firm should.

15.     The sentence in the October 2, 2012 collection letter, "At this time, no attorney with our law firm has personally reviewed the particular circumstances of your account", it itself is confusing, and does not ameliorate the effect of the collection letter sent on attorney letterhead. The remark merely confirms that the requisite attorney involvement was lacking.

16.     The FDCPA prohibits debt collectors from using any false, deceptive, or misleading representations or means in connection with the collection of any debt.  15 U.S.C. § 1692e.

## COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

17.     Plaintiff repeats the allegations contained above as if the same were here set forth at length.

18.     The acts by Defendant described above violated the Fair Debt Collection Practices Act by using false, deceptive, or misleading representations or means in connection with the collection of any debt, in violation of 15 U.S.C. § 1692e, § 1692e(3) and § 1692e(10).

3

**WHEREFORE**, Plaintiff Darryl Cutler demands judgment against Defendant Berman & Rabin, P.A., for:

        (a)     Damages;

        (b)     Attorney's fees and costs; and

        (c)     Such other and further relief as the Court shall deem just and proper.

## V.   DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date: 7/10/13

CARY L. FLITTER
THEODORE E. LORENZ
ANDREW M. MILZ
Attorneys for Plaintiff

**FLITTER LORENZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA  19072
(610) 822-0782

4

# EXHIBIT "A"

# BERMAN & RABIN, P.A.
ATTORNEYS AT LAW
15280 METCALF AVE.
OVERLAND PARK, KS 66223
P.O. BOX 24327-66283
FAX: (913) 649-2335

October 2, 2012

Re:     Your indebtedness to: Barclay Bank Delaware , Assignee of US AIRWAYS MASTERCARD
        Balance: ██████
        Our File No. ███████-22

Dear Mr. CUTLER:

This office represents the above referenced creditor. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. In the event a lawsuit is filed against you, that lawsuit will be filed by a separate law firm in your area.

Unless you dispute this debt, or any portion of it, within 30 days after you receive this notice, we will assume that it is valid. If you notify us in writing within the 30 day period that you dispute this debt or any portion of it, we will obtain verification of the debt or a copy of any judgment and mail it to you. If the above creditor is not your original creditor and you submit a written request within the 30 day period for the name and address of the original creditor, we will supply such information to you.

If you do dispute this debt in writing in the 30day period, we will suspend collection activity until we send you verification.

**If you contact our office please call Paul Hocker @ 913-982-0334 or toll free at 888-846-2138.**

This communication is from a debt collector and this is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

BERMAN & RABIN, P.A.

---

***Detach Lower Portion and Return with Payment***

CCLBERM01D51BAR

| ☐ 🔲 | ☐ VISA | ☐ 🔲 | CHECK CARD USING FOR PAYMENT |
|---|---|---|---|
| CARD NUMBER  PLUS 3 DIGIT SECURITY  CODE (on back of card) | | | EXP. DATE  / |
| CARDHOLDER NAME | | | AMOUNT  $ |
| CARDHOLDER SIGNATURE | | | |



CLBERM01
PO Box 1022
Wixom MI 48393-1022

ADDRESS SERVICE REQUESTED

October 2, 2012

D51BAR          883555705
ılıⅈⅉılⅉlıⅉⅉlⅉⅈlⅉⅈⅉⅉlⅉⅈⅉⅉⅉⅉ|ⅉⅉ|ⅉⅈⅉⅉⅉⅉⅉⅉ|ⅉⅉⅉⅉⅉⅉ|ⅉⅉⅉⅉⅉ

DARRYL W CUTLER
915 Exeter Crst
Villanova PA 19085-2001

1320

Berman and Rabin, P.A.
PO Box 24327
Overland Park KS 66283-4327

lıllⅉⅉllⅉⅉⅉlⅈlllⅈlⅉⅉllⅈⅈlⅉⅈlⅉllⅉⅈllⅈⅈlⅉlllⅈⅈlllⅉⅉlⅈⅉⅉl

File No: ██████-22
Balance: ██████